# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **ED CV 26-00561 FMO (DTB)** | Date | **November 25, 2026** |
| Title | **Carlitos Ricardo Parias Ramales v. Kristi Noem, et al.** | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |

| | | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Re: Mootness**

On November 24, 2026, the court granted Carlitos Ricardo Parias Ramales' ("plaintiff") Amended Petition for Writ of Habeas Corpus (ED CV 26-0040, Dkt. 19, "Amended Petition"), pursuant to 28 U.S.C. § 2241. (See ED CV 26-0040, Dkt. 27, Court's Order of November 24, 2026, at 7). The Court's Order of November 24, 2026, granted plaintiff's immediate release. (See id.).

In light of plaintiff's release, the above-captioned action appears to be moot. Indeed, the relief sought in the instant Complaint is virtually identical to that sought in the Amended Petition. (See Dkt. 1, Complaint at Prayer for Relief). "[A] case is moot when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." Demery v. Arpaio, 378 F.3d 1020, 1025 (9th Cir. 2004). Courts have "an independent duty to consider sua sponte whether a case is moot[.]" See id. Accordingly, IT IS ORDERED THAT the parties shall each file a Memorandum Re: Mootness no later than **December 1, 2026,** addressing whether the action is moot. The parties' memoranda shall not exceed five pages. **Failure to respond to this order to show cause by the deadline set forth above shall be deemed as consent to dismissal of the action without prejudice for the reasons stated above, for lack of prosecution, and/or failure to comply with the orders of the court.** See Fed. R. Civ. P. 4(m) & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

00 : 00

Initials of Preparer vdr